UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Justin Zahn and Sara Zahn

                              Plaintiff(s),

                                         ***MEDIATION CERTIFICATION***

                                         1:19 - cv - 00127

                         v.

General Motors LLC

                              Defendant(s).

---

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on   9/10/19  .

    ☑ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: 09/10/2019             Mediator: /S/ Douglas S. Coppola

*Additional Comments:*
Parties will prepare closing paperwork and file discontinuance within 60 days.