UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JUSTIN ZAHN and SARA ZAHN

                                          Plaintiffs,

vs.

GENERAL MOTORS, LLC

                                          Defendants.

**STIPULATION OF DISMISSAL**

Index No.: 19-CV-00127-EAW-JJM

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued on the merits, with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    October 9, 2019

Brian G. Stamm, Esq.
STAMM LAW FIRM
Attorneys for Plaintiffs
1127 Wehrle Drive, Suite 100
Williamsville, New York 14221

Kyle M. Kordich, Esq.
Thorn Gershon Tymann and Bonanni, LLP
Attorneys for Defendant
PO Box 15054
Albany, New York 12212-5054
-and-

Brian L. Wolensky, Esq.
Ricci, Tyrrell, Johnson & Grey
Attorneys for Defendant
1515 Market Street, Suite 700
Philadelphia, PA 19103